*In re* THOMPSON'S WILL.

REYNOLDS *et al.*, Appellants, *v.* THOMPSON, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

In the matter of the last will and testament of Esther Thompson, deceased. No opinion. Decree of the surrogate's court affirmed, with costs.

---

TOWN OF SALINA, Respondent, *v.* STEPHENS, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by the town of Salina against Cornelius Stephens. No opinion. Judgment reversed on the facts, and a new trial ordered, with costs to abide the event.

---

VEGA *et al.*, Respondents, *v.* WHEELER, Sheriff, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Joseph A. Vega against Thomas Wheeler, as sheriff of Oneida county. No opinion. Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event. Held, that it was error to charge the jury "that if, at the time of the purchase, Sherwood & Hemmens were insolvent, and knew that the plaintiff relied upon their solvency, that was a fraud, and the sales were void." See *Hotchkin* v. *Bank*, 127 N. Y. 329, 27 N. E. Rep. 1050.

---

VILLAGE OF STAMFORD, Appellant, *v.* FISHER, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by the village of Stamford against John H. Fisher. No opinion. Motion for leave to appeal to the court of appeals granted, as the case involves a question of law that ought to be reviewed by that court. For decision on appeal, see 17 N. Y. Supp. 609.

---

WAIT, Appellant, *v.* ROTH *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Hiram L. Wait against Alfred P. Roth and others. No opinion. Judgment reversed, and a new trial ordered, with costs to abide the event.

---

WINSLOW, Appellant, *v.* CARTHAGE, S. H. & W. R. Co. *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Norris Winslow, trustee, against the Carthage, Sackett Harbor & Western Railroad Company and others. No opinion. Order reversed, with $10 costs and disbursements. Held, (1) that an order on motion of one of several defendants directing a discontinuance of an action based upon conflicting affidavits is irregular; (2) whether the tender was good and effectual should not be determined upon conflicting affidavits.

---

YOUNG *et al.*, Appellant, *v.* STONE, Sheriff, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by John R. Young and others against Winfield S. Stone, as sheriff, etc. No opinion. Order reversed, with $10 costs and disbursements.